**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
www.flsb.uscourts.gov

■ __4th__   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __DAVID TORRES__   JOINT DEBTOR: _____   Case Number: __10-47632-JKO__
Last Four Digits of SS#: __2558__   Last Four Digits of SS#: _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT**: Including trustee's fee of ten percent (10%) and beginning thirty (30) days from filing/conversion date, Debtor to pay to the trustee for the period of sixty (60) months. In the event the trustee does not collect the full ten percent (10%), any portion not collected will be paid to creditors *pro rata* under the Plan:

  A.  $ __1,396.89__ for months __1__ to __60__
  B.  $ _____ for months ___ to ___
  C.  $ _____ for months ___ to ___; in order to pay the following creditors:

<u>Administrative</u>: TOTAL PAID: $ __4,425.00__   Balance Due: $ __0.00__   Attorney's Fee: $ 3,500.00 (3,500 barter dollars);
MTV -- R.E.: $ 775.00 ($500.00 cash; 225 barter dollars); Costs: 150.00 (barter dollars)

Payable: $____/month (Months __ to __)   Pay $_____ /month (Months __ to __)

<u>Secured Creditors</u> [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] – Mortgage(s)/Liens on Real or Personal Property:

1.  __BAC Home Loan Servicing, LP__   Arrearage on Petition Date: $ __12,511.76__
Address: __POB 660625__         Arrears Payment: $ __208.53__ /month (Months __1__ to __60__)
__Dallas, TX 75266__             Regular Payment: $ __944.19__ /month (Months __1__ to __60__)
Acct ending: __3634__

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| **Secured Creditor** | **Description of Collateral and Value of Collateral** | **Interest Rate** | **Plan Payments** | **Months of Payment** | **Total Plan Payments** |
|---|---|---|---|---|---|
| PNC Bank<br>POB 703579<br>Dallas, TX 75370<br><br>Acct. ending: 3149 | Debtor's homestead residence known as: 2620 S.W. 15th Street, Deerfield Beach, FL 33442<br><br>Broward County, Florida, property appraisal: $103,270.00 | 0% | $0.00 | __1__ to __60__ | $0.00 |

<u>Priority Creditors</u>: None.

<u>Unsecured Creditors</u>: Pay $117.18/per month (Months 1 to 60) to all timely-filed allowed unsecured claims.

*Pro rata* dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above**: Debtor's payments to his homestead homeowners' association, Waterford Courtyards South (under account ending: 2620) are current and will continue to be paid outside the Plan. Debtor is surrendering his undeveloped property known as 03952 West Fireside Lane, Citrus Springs, Florida, and any and all of his obligations to the Citrus Springs, Florida, property appraiser's office therefor.

I declare that the foregoing Fourth Amended Chapter 13 Plan is true and correct under penalty of perjury.

_/s/ David Torres_
Debtor:   David Torres            Joint Debtor: _____

Date:   April 5, 2011            Date: _____