UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  10-47632-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

DAVID TORRES
XXX-XX-2558

DEBTOR_____/

## TRUSTEE'S MOTION TO DEVIATE FROM PLAN AND DEEM CLAIM WITHDRAWN AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced case ("Trustee"), hereby files the Trustee's Motion to Deviate From Plan ("Motion") and Deem Claim Withdrawn and Certificate of Service of Court Generated Notice of Hearing pursuant to 11 U.S.C. §§ 502 and 1329 and Federal Rules of Bankruptcy Procedure 2002 and 3007, and states:

1. The Debtor filed a voluntary Chapter 13 Petition on **December 10, 2010**.

2. The Debtor's Chapter 13 Plan was confirmed on **April 6, 2011**.

3. Bank of America, N.A. ("Creditor"), Account #3634, has filed a Proof of Claim, Court Claim #4.2 ("Claim"), but refuses to accept payments from the Trustee and the Debtor has not modified the Plan accordingly.

4. The Trustee requests permission to deviate from the Plan and disburse payments allocated to Creditor to pay administrative, secured, and priority creditors more quickly (if applicable) and increase the amount paid to allowed unsecured creditors by the balance due to Creditor for the remainder of the Plan term.

5. The Trustee requests the Debtor be required to continue making payments under the Plan and not increase or decrease those payments unless further ordered by this Court.

**WHEREFORE** the Trustee respectfully requests this Honorable Court grant the Motion and enter an Order Deviating from the Plan, deeming the Claim withdrawn, allowing the Trustee to disburse payments allocated to Creditor to pay administrative, secured and priority creditors more quickly (if applicable) and increase the amount paid to allowed unsecured creditors by the balance due to Creditor for the remainder of the Plan term, require the Debtor to continue making payments under the Plan until further order of this Court, and for such other and further relief as the Court deems just and proper.

MOTION TO DEVIATE
CASE NO.:  10-47632-BKC-JKO

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Deviate From Plan and Deem Claim Withdrawn and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed below this 10th day of February, 2015.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
DAVID TORRES
2620 SW 15TH STREET
DEERFIELD BEACH, FL  33442

**ATTORNEY FOR DEBTOR**
RICHARD I. GILBERT, ESQUIRE
7025 BERACASA WAY
SUITE 208
BOCA RATON, FL  33433

**CREDITOR**
Bank of America, N.A.
Po Box 660933
Dallas,  TX  75266-0933

**ADDITIONAL CREDITORS**
Bank of America Corp.
c/o Brian T. Moynihan, President
100 North Tryon Street
Charlotte,  NC  28202

Bank of America
c/o CT Corporation System
1200 S. Pine Island Rd.
Plantation,  FL  33324

Bank of America, N.A.
400 National Way
Mail Stop CA69190123
Simi Valley,  CA  93065