

ORDERED in the Southern District of Florida on March 6, 2015.

**John K. Olson, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  10-47632-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

DAVID TORRES
XXX-XX-2558

DEBTOR_____/

### ORDER GRANTING TRUSTEE'S MOTION TO DEVIATE FROM PLAN AND DEEM CLAIM WITHDRAWN (DE# 61)

   **THIS CAUSE** came to be heard on March 2, 2015 on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Motion to Deviate from Plan and Deem Claim Withdrawn and based on the record, it is

   **ORDERED:**
   1. The Trustee's Motion is **GRANTED**.

   2. The Trustee is directed to disburse funds specified in the Motion allocated to Bank of America, N.A. ("Creditor") to pay administrative, secured, and priority creditors more quickly (if applicable) and to increase the amount paid to allowed general unsecured creditors by the balance due Creditor for the remainder of the Plan term.

   3. The Debtor shall continue making payments under the Plan until further Order of this Court, if applicable.

ORDER GRANTING MOTION TO DEVIATE FROM PLAN
CASE NO.:  10-47632-BKC-JKO

4. The Proof of Claim filed by Creditor is deemed withdrawn

###

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTOR**
DAVID TORRES
2620 SW 15TH STREET
DEERFIELD BEACH, FL  33442

**ATTORNEY FOR DEBTOR**
RICHARD I. GILBERT, ESQUIRE
7025 BERACASA WAY
SUITE 208
BOCA RATON, FL  33433

**CREDITOR**
BANK OF AMERICA, N.A.
PO BOX 660933
DALLAS, TX  75266-0933

**ADDITIONAL CREDITORS**
BANK OF AMERICA CORP.
C/O BRIAN T. MOYNIHAN, PRESIDENT
100 NORTH TRYON STREET
CHARLOTTE, NC  28202

BANK OF AMERICA
C/O CT CORPORATION SYSTEM
1200 S. PINE ISLAND RD.
PLANTATION, FL  33324

BANK OF AMERICA, N.A.
400 NATIONAL WAY
MAIL STOP CA69190123
SIMI VALLEY, CA  93065

ORDER GRANTING MOTION TO DEVIATE FROM PLAN
CASE NO.:  10-47632-BKC-JKO

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.